**HILLIARD v. STATE.** (No. 12655.)

Court of Criminal Appeals of Texas. May 15, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, three years in the penitentiary.

The record is before us without any statement of facts or bill of exception. The record presents nothing for review, and the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.